IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIE OTIS HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-CV-1316-X-BW |
| | § | |
| CITY OF RED OAK, TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Accordingly, Defendants' motion to dismiss filed on May 19, 2026, is **DENIED**.

**SO ORDERED** this 10th day of June, 2026.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE